Judgment--Page 2

Defendant: ISRAEL AGUIRRE CAMPUZANO
Case Number: A-10-CR-458(1)-SS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY-ONE (121) months.

The Court recommends to the Bureau of Prisons that the defendant be placed as close to Austin, Texas as possible for family visitation reasons.

The defendant shall remain in custody pending service of sentence.

**FILED**

MAY 2 - 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 4/19/11 to Elkton Ohio
at Pittsburg PA, with a certified copy of this Judgment.

_____
United States Marshal

By R. L. Farley, Warden
Deputy Marshal